# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JON MILLS, ADC #86911                                                                    PLAINTIFF

v.                                          4:14CV00259-JM

SALINE COUNTY QUORUM
COURT; *et al.*                                                                         DEFENDANTS

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 6th day of May, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE